**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02778-BNB

WESLEY R. "WOLF" BROWN,

    Plaintiff,

v.

ADAMS CO. (CO.'S SEVENTEENTH) JUDICIAL DIST., and
ADAMS CO. SHERIFF'S DEPT.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (Doc. #14) seeking to change the way his name appears in the court's docketing records is GRANTED. The clerk of the court is directed to change Plaintiff's name in the court's docketing records from "Wesley R. Brown, *other* Wolf Brown," to "Wesley R. Brown, *a/k/a* Wesley R. 'Wolf' Brown."

Dated: January 14, 2011